Argued February 10; decided March 23, 1896.

## PELTON *v.* SISEMORE.
[44 Pac. 286.]

APPEAL from Jackson: W. C. HALE, Judge.

*Mr. William M. Colvig,* for appellants.

*Messrs. Lionel R. Webster* and *A. S. Hammond,* for respondent.

PER CURIAM. This is a suit for an accounting by Horace I. Pelton and others against John Sisemore, and the only issues involved in the case are questions of fact. The case comes here on the appeal of plaintiffs from a decree against them. From an examination of the testimony, we are of the opinion that the decree of the court below should be affirmed, and it is so ordered.                    AFFIRMED.

Decided December 7, 1895.

## EX PARTE CHILDS.

On the twenty-sixth of November, eighteen hundred and ninety-five, Mr. John L. Childs filed with the County Clerk of Josephine County his resignation as an attorney of the Oregon bar, under the provisions of section 1045, Hill's Code, and on December seventh, eighteen hundred and ninety-five, the same was filed with the clerk of the supreme court.
                              RESIGNED.